**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ANDREW FREE,

          Plaintiff,

v.

FEDERAL BUREAU OF PRISONS; U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

          Defendants.

Case No. 1:26-cv-24026-WILLIAMS

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Daniel Melo** of the law firm of **The Melo Law Firm, address 2920 Forestville road, 1192 PMB Ste 100, Raleigh, NC 27616 – phone number (919) 348 – 9213,** for purposes of appearance as co-counsel on behalf of Plaintiff **Andrew Free** in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit **Daniel Melo** to receive electronic filings in this case, and in support thereof states as follows:

1.     **Daniel Melo** is not admitted to practice in the Southern District of Florida and is a member in good standing of **the North Carolina Supreme Court.**

2.     Movant, Edward F. Ramos, of the law firm of Kurzban, Kurzban, Tetzeli, & Pratt, 131 Madeira Ave., Coral Gables, FL 33134, (305) 444-0060, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is

authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.　　In accordance with the local rules of this Court, **Daniel Melo** has made payment of this Court's $ 250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.　　**Daniel Melo,** by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to **Daniel Melo** at email address: **dan@themelolawfirm.com**

WHEREFORE, Edward F. Ramos, moves this Court to enter an Order for **Daniel Melo** to appear before this Court on behalf of Plaintiff, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to **Daniel Melo**.

Date: June 11, 2026

Respectfully submitted,

/s/ Edward F. Ramos
EDWARD F. RAMOS
Florida Bar No. 98747
eramos@kktplaw.com

IRA J. KURZBAN
Florida Bar No. 225517
ira@kktplaw.com

KURZBAN KURZBAN
TETZELI & PRATT, P.A.