**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1: 26-cv-24026**

ANDREW FREE,

                Plaintiff,

    v.

 FEDERAL BUREAU OF PRISONS; U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

                Defendants.

**CERTIFICATE OF SERVICE**

Plaintiff hereby certifies that on June 15, 2026, copies of the Summons and Complaint,

together with any exhibits, were served in accordance with Rule 4(i) of the Federal Rules of

Civil Procedure via USPS certified mail upon the following (electronic tracking receipt

attached):

FBI Headquarters
935 Pennsylvania Ave NW
Washington, DC 20530-0001

U.S. Attorney Southern District of Florida
99 NE 4th ST
Miami, FL 33132-2131

ICE – Office of Principal Legal Advisor
500 12th ST SW STOP 5900
Washington, DC 20536-5900

U.S. Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530-0009

1

June 16, 2026

Respectfully submitted,

/s/ Edward F. Ramos
Florida Bar No. 98747
eramos@kktplaw.com
KURZBAN KURZBAN
TETZELI & PRATT, P.A.
131 Madeira Avenue
Coral Gables, Florida 33134
Tel: (305) 444-0060
Fax: (305) 444-3503

Daniel Melo
The Melo Law Firm
2920 Forestville Road
Ste 100, PMB 1192
Raleigh, NC 27616
(919) 348-9213
dan@themelolawfirm.com
*Pro Hac Vice*

Emily Burns
The Melo Law Firm
2920 Forestville Road
Ste 100, PMB 1192
Raleigh, NC 27616
(919) 348-9213
emily@themelolawfirm.com
*Pro Hac Vice*

LSN Legal LLC
118 Partridge Lan
Chagrin Falls, OH 4422
OH Bar # 0096131
New York First Division # 5452602
*Pro Hac Vice*

2

## Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**US POSTAGE AND FEES PAID**
**PRIORITY MAIL IMI**
Jun 11 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial



063S0011485630

**USPS CERTIFIED MAIL**

9402 8118 9876 5520 3539 94

FBI Headquarters
935 PENNSYLVANIA AVE NW
WASHINGTON DC 20535-0001

| | |
|---|---|
| Reference | Noviello |
| USPS # | 9402811898765520353994 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was picked up at the post office at 10:10 am on June 15, 2026 in WASHINGTON, DC 20535. |
| USPS History | Delivered, Individual Picked Up at Post Office, WASHINGTON, DC 20535, June 15, 2026, 10:10 am |
| | Redelivery Scheduled for Next Business Day, WASHINGTON, DC 20535, June 14, 2026, 10:58 am |
| | Arrived at Hub, WASHINGTON, DC 20018, June 14, 2026, 8:57 am |
| | Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, June 14, 2026, 3:10 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, June 13, 2026, 7:18 pm |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, June 13, 2026, 12:56 pm |
| | In Transit to Next Facility, June 13, 2026, 12:30 pm |
| | Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, June 13, 2026, 12:20 pm |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, June 13, 2026, 7:18 am |
| | In Transit to Next Facility, June 13, 2026, 4:11 am |
| | Departed USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, June 13, 2026, 1:06 am |
| | Arrived at USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 06/15/2026 (UTC)**

June 12, 2026, 2:44 am
Accepted at USPS Facility, RALEIGH, NC 27616, June 12, 2026, 1:29 am
Shipping Label Created, RALEIGH, NC 27616, June 10, 2026, 4:37 pm

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 06/15/2026 (UTC)**

## Electronic Delivery Confirmation™

The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

US POSTAGE AND FEES PAID
**PRIORITY MAIL IMI**
Jun 11 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 5
11923275
Commercial



063S0010282486

endicia

**USPS CERTIFIED MAIL**



**9402 8118 9876 5520 3537 65**

US Attorney Southern Dist of Florida
99 NE 4TH ST
MIAMI FL 33132-2131

| | |
|---|---|
| Reference | Noviello |
| USPS # | 9402811898765520353765 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item has been delivered to an agent. The item was picked up at USPS at 12:18 pm on June 15, 2026 in MIAMI, FL 33132. |
| USPS History | Delivered to Agent, Picked up at USPS, MIAMI, FL 33132, June 15, 2026, 12:18 pm |
| | Out for Delivery, MIAMI, FL 33132, June 15, 2026, 10:15 am |
| | Arrived at Post Office, MIAMI, FL 33101, June 15, 2026, 10:04 am |
| | Arrived at USPS Facility, MIAMI, FL 33101, June 14, 2026, 8:13 am |
| | Departed USPS Facility, OPA LOCKA FL DISTRIBUTION CENTER, June 14, 2026, 7:55 am |
| | Arrived at USPS Facility, OPA LOCKA FL DISTRIBUTION CENTER, June 14, 2026, 1:06 am |
| | Arrived at USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, June 12, 2026, 2:41 am |
| | Accepted at USPS Facility, RALEIGH, NC 27616, June 12, 2026, 1:26 am |
| | Shipping Label Created, RALEIGH, NC 27616, June 10, 2026, 4:35 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 06/15/2026 (UTC)**

## Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

US POSTAGE AND FEES PAID
**PRIORITY MAIL IMI**
Jun 10 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial



063S0010937446

**USPS CERTIFIED MAIL**

9402 8118 9876 5520 3536 66

ICE - Office of Principal Legal Advisor
500 12TH ST SW STOP 5900
WASHINGTON DC 20536-5900

| | |
|---|---|
| Reference | Noviello |
| USPS # | 9402811898765520353666 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to an individual at the address at 10:15 am on June 15, 2026 in WASHINGTON, DC 20536. |
| USPS History | Delivered, Left with Individual, WASHINGTON, DC 20536, June 15, 2026, 10:15 am |
| | Redelivery Scheduled for Next Business Day, WASHINGTON, DC 20536, June 14, 2026, 10:29 am |
| | Arrived at Hub, WASHINGTON, DC 20018, June 14, 2026, 9:00 am |
| | Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, June 14, 2026, 3:10 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, June 13, 2026, 7:18 pm |
| | Accepted at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, June 13, 2026, 6:03 pm |
| | Shipping Label Created, RALEIGH, NC 27616, June 10, 2026, 4:38 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 06/15/2026 (UTC)**

## Electronic Delivery Confirmation™





**USPS CERTIFIED MAIL™**

The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**US POSTAGE AND FEES PAID**
**PRIORITY MAIL IMI**
Jun 11 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial

063S0011485628

endicia

**USPS CERTIFIED MAIL**

9402 8118 9876 5520 3533 21

US DOJ
US Attorney General
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

| | |
|---|---|
| Reference | Noviello |
| USPS # | 9402811898765520353321 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was picked up at the post office at 4:37 am on June 15, 2026 in WASHINGTON, DC 20530. |
| USPS History | Delivered, Individual Picked Up at Post Office, WASHINGTON, DC 20530, June 15, 2026, 4:37 am |
| | Redelivery Scheduled for Next Business Day, WASHINGTON, DC 20530, June 14, 2026, 11:05 am |
| | Arrived at Hub, WASHINGTON, DC 20018, June 14, 2026, 10:49 am |
| | Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, June 14, 2026, 3:10 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, June 13, 2026, 7:18 pm |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, June 13, 2026, 12:56 pm |
| | In Transit to Next Facility, June 13, 2026, 12:30 pm |
| | Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, June 13, 2026, 12:20 pm |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, June 13, 2026, 7:18 am |
| | In Transit to Next Facility, June 13, 2026, 4:11 am |
| | Departed USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, June 13, 2026, 1:06 am |
| | Arrived at USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 06/15/2026 (UTC)**

June 12, 2026, 2:41 am
Accepted at USPS Facility, RALEIGH, NC 27616, June 12, 2026, 1:26 am
Shipping Label Created, RALEIGH, NC 27616, June 10, 2026, 4:40 pm

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 06/15/2026 (UTC)**